UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
:
DAVID ARMETTA and :
ASPIRA DIRECT MARKETING, : Case No.: 3:13-CV-01461 (VLB)
:
Plaintiffs, :
:
vs. :
:
: OCTOBER 18, 2013
LEARNING CARE GROUP, INC., :
:
Defendant. :
:
------------------------------------------------------------x

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7, the defendant Learning Care Group, Inc., hereby moves this Court to dismiss this action against it because the plaintiffs fail to state a claim upon which relief can be granted. The plaintiffs have asserted claims against defendant for defamation, commercial disparagement, CUTPA, and unjust enrichment. A memorandum of law in support of this motion is submitted herewith.

WHEREFORE, the defendant respectfully requests that this Court dismiss this action in its entirety for plaintiffs' failure to state a claim upon which relief can be granted.

**ORAL ARGUMENT IS REQUESTED**

Dated: October 18, 2013

Respectfully submitted,

By: /s/_____
Stephen P. Fogerty
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
Telephone (203) 227-2855
Facsimile (203) 227-6992
fogerty@halloransage.com
Federal Bar No.: ct01398

Attorneys for Defendant
Learning Care Group, Inc.


Jyotin Hamid
Tricia B. Sherno
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
Telephone (212) 909-1031
Facsimile (212) 909-6836

Of Counsel

2

## CERTIFICATION

This is to certify that on this 18th day of October, 2013, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

Joseph M. Pastore, III
Pastore & Dailey, LLC
4 High Ridge Park, 3rd Floor
Stamford, CT 06905

/s/_____
Stephen P. Fogerty