UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                                )
DAVID ARMETTA and                 )
ASPIRA MARKETING DIRECT, LLC,  )
                                                )   Case No. 3:13-cv-1461 (VLB)
                 Plaintiff,     )
                                                )
   vs.                                   )
                                                )
                                                )   November 13, 2013
LEARNING CARE GROUP, INC.,     )
                                                )
                 Defendant.  )
_____)

## CERTIFICATE OF SERVICE

     I certify that, on November 8, 2013, a copy of the Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                 */s/ Joseph M. Pastore III*
                                                 Joseph M. Pastore III

                                                 *COUNSEL FOR PLAINTIFFS*
                                                 *DAVID ARMETTA AND ASPIRA*
                                                 *MARKETING DIRECT, LLC*

                              By: /s/ *Joseph M. Pastore III*
                                  Joseph M. Pastore III, CT11431
                                  Pastore & Dailey LLC
                                  4 High Ridge Park
                                  Stamford, CT 06905

203-658-8454 (tel)
203-348-0852 (fax)
\*\*\*
The Graybar Building
425 Lexington Avenue
Suite 303
New York, NY 10170
212-297-6169 (tel)
212-986-1952 (fax)