UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID ARMETTA and<br>ASPIRA MARKETING DIRECT, LCC,<br><br>    Plaintiffs,<br><br>v.<br><br>LEARNING CARE GROUP, INC.,<br><br>    Defendant. | Case No.: 3:13-cv-1461 (VLB)<br><br><br><br><br><br>DECEMBER 13, 2013 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 13, 2013, a copy of the Memorandum of Law in Opposition to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, was filed electronically via operation of the Court's CM/ECF Electronic Filing System. A Notice of Electronic Filing will be sent by e-mail to all parties appearing in this matter via operation of the Court's CM/ECF Electronic Filing System or by mail to anyone unable to accept electronic filing as indicated on the Notice. Parties may access this filing through the Court's CM/ECF System.

                                             */s/ Joseph M. Pastore III*
                                             Joseph M. Pastore III

2654182v3